379 A.2d 598

Commonwealth v. Macauley, Appellant.

Submitted October 8, 1976. Calvin S. Drayer, Jr., and Joseph Raymond D'Annunzio, Assistant Public Defenders, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.